IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES, CORP., et al, <br><br> Plaintiffs, <br><br> v. <br><br> MICHELLE K. LEE, Deputy Under Secretary Of Commerce for Intellectual Property and Deputy Director of the United States Patent and Trademark Office,1 <br><br> Defendant. | Civil Action No. 1:13cv1046 (LMB/TCB) |

### NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Life Technologies, Corp., Life Technologies (Israel) Ltd., Molecular Probes, Inc., and Applied Biosystems, LLC hereby provide this notice of dismissal of this civil action against Defendant Michelle K. Lee, Deputy Under Secretary of Commerce for Intellectual Property and Deputy Director of the United States Patent and Trademark Office, without prejudice. Defendant does not oppose the entry of this dismissal.

So Ordered

/s/ _____  3/21/14
Leonie M. Brinkema
United States District Judge

---

1 On January 13, 2014, Deputy Director Lee assumed the duties and functions of the Under Secretary of Commerce for Intellectual Property and Director of the USPTO. Accordingly, Ms. Lee should be substituted for Teresa Stanek Rea. *See* Fed. R. Civ. P. 25(d).

Respectfully,

Date: March 21, 2014

   /s/ Antigone G. Peyton
Antigone G. Peyton (VSB No. 48472)
CLOUDIGY LAW PLLC
8300 Greensboro Drive, Suite 1250
McLean, VA 22102
Telephone: (703) 436-2033
Facsimile: (703) 436-2268
Email: antigone.peyton@cloudigylaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2014, I electronically filed the foregoing Notice of Dismissal with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following, who were also served via electronic mail:

Benjamin T. Hickman
Special Assistant United States Attorney
U.S. Attorney's Office for the Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314
(703) 299-3770
Benjamin.Hickman@usdoj.gov

                                                 /s/ Antigone G. Peyton
                                                 Antigone G. Peyton (VSB No. 48472)